UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DAVID L. DAVIS, et, al.

    Plaintiff,

v.

NDEX WEST LLC., et. al.,

    Defendants.

NO. CIV.S-09-3028 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1. The hearing on Defendants Deutsche Bank Securities, Inc., and MortgageIT, Inc.'s Motion to Dismiss (Docket #18), and Motion to Strike (Docket #21), and Defendant Well Fargo Bank, N.A.'s Motion to Dismiss (Docket #24) is continued to April 23, 2010, at 10:00 a.m. Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than April 9, 2010. The defendants may file and serve a reply on or before April 16, 2010.

    2. Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants'

motions in compliance with Local Rule 230(c).

3. Plaintiffs' counsel shall file his response to the order to show cause on or before April 9, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: March 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE