IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID L. DAVIS and KAREN A. DAVIS ) <br> ) <br>   Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO BANK, N.A. a Corporation, ) <br> doing business as AMERICA'S SERVICING ) <br> COMPANY, NDEX West, LLC., as duly ) <br> appointed Trustee, MortgageIT, Inc subsidiary ) <br> of DEUTSCHE BANK, and HSBC Bank USA, ) <br> N.A. as Trustee for MortgageIT SECURITIES ) <br> CORPORATION and DOES 1 - 10 ) <br> ) <br>   Defendants. ) <br> ) | Case 2:09-cv-03028-FCD-GGH <br><br> **ORDER** |

    Good Cause appearing it is hereby ORDERED that plaintiffs request for a nunc pro tunc extension of time is granted. The reply briefs in the above-entitled matter may be filed Monday, March 15, 2010.

DATED: April 8, 2010

                                             _/s/ Frank C. Damrell_
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE